IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL M. STRABLEY                                                                                       PLAINTIFF

V.                              CIVIL ACTION NO. 2:16-cv-2053-MEF

CAROLYN W. COLVIN, Commissioner,
Social Security Administration                                                                        DEFENDANT

## FINAL JUDGMENT

This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration denying his claim for disability benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c). The Court, having reviewed the administrative record, the briefs of the parties, the applicable law, and having heard oral argument, finds as follows, to-wit:

Consistent with the Court's ruling from the bench following the parties' oral argument, the decision of the Commissioner of Social Security is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the ALJ is directed to order a current orthopedic consultative examination with an RFC assessment. Upon completion, the ALJ is to reconsider the RFC. If the ALJ chooses to discount Dr. Wellman's opinion or the opinion of the new consultative examiner, the ALJ should set forth in detail his reasons for doing so. Upon reconsideration of the RFC, the ALJ should formulate appropriate hypothetical questions to present to the vocational expert in order to

determine if Mr. Strabley can return to past relevant work or if there are other jobs in significant numbers in the economy that he can perform.

 IT IS SO ORDERED AND ADJUDGED on this the 2nd day of November, 2016.

        /s/ Mark E. Ford
        HON. MARK E. FORD
        UNITED STATES MAGISTRATE JUDGE